FILED
MAR 12 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NEIL SHARMA | CASE NUMBER:<br><br>UNDER SEAL  15 CR 5 0 0 0 5 |

## GOVERNMENT'S MOTION TO SEAL
## COMPLAINT, AFFIDAVIT, AND ARREST WARRANT

Now comes the UNITED STATES OF AMERICA, by ZACHARY T. FARDON, United States Attorney for the Northern District of Illinois, and states as follows in support of its Motion to Seal Complaint, Affidavit, and Arrest Warrant:

The public filing of the Complaint, Affidavit, and Arrest Warrant in this matter before the arrest warrant can be executed could alert the defendant and result in his flight and the destruction of evidence.

For this reason, the government respectfully requests that the Complaint, Affidavit, and Arrest Warrant, as well as this Motion to Seal, be sealed until the time of arrest of the defendant in this case or further order of the Court, whichever occurs earlier.

DATE: March 12, 2015

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By: /s/ Scott R. Paccagnini
Scott R. Paccagnini
Assistant United States Attorney
327 South Church Street, Suite 3300
Rockford, Illinois 61101
(815) 987-4444